DESIGNER HOMES, INC., Respondent, v. CITY COUNCIL OF THE CITY OF YONKERS et al., Appellants.—

840

Benjamin, J., concurs in the reversal of the judgment for the reasons stated by Mr. Justice Gulotta in his memorandum, but is of the opinion that the proceeding should be remitted to the Special Term for the taking of proof before it as to the economic consequences flowing from the use of the property under the present zoning, in contrast to the economic consequences flowing from the use of the property under the variance sought.